UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:18-cr-00739-AGF-6 |
| v. | ) |
| | ) |
| TIMOTHY WRIGHT, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF INTENT NOT TO FILE SUPPLEMENTAL MOTION**

COMES NOW Federal Public Defender Nanci H. McCarthy and states that after reviewing Defendant's pro se motion, his Presentence Investigation Report, and other relevant documents, the undersigned has concluded that Defendant's pro se motion requires no further supplementation from the undersigned and therefore, the undersigned will not be filing anything further on Defendant's behalf.

WHEREFORE, the undersigned states that no supplemental motion is forthcoming.

Respectfully submitted,

/s/Nanci H. McCarthy
NANCI H. MCCARTHY, 45443 MO
Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone 314-241-1255
FAX: 314-421-3177
E-Mail: Nanci_McCarthy@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on 5/24/2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Attorney.

                                /s/ Nanci H. McCarthy
                                NANCI H. MCCARTHY, 45443 MO